# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN LEE MACE,<br><br>Defendant. | Case No. '24 MJ2449 AHG<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about May 30, 2024, within the Southern District of California, defendant MARVIN LEE MACE did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about June 6, 2024, within the Southern District of California, defendant MARVIN LEE MACE did knowingly and intentionally possess, with intent to distribute, a

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about June 12, 2024, within the Southern District of California, defendant MARVIN LEE MACE did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about June 26, 2024, within the Southern District of California, defendant MARVIN LEE MACE did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Robert Resico
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this the day 27th day of June 2024.

_____
HONORABLE ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Robert Resico, with the Homeland Security Investigations ("HSI") Fentanyl Abatement and Suppression Team ("FAST"), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

I have learned the following information from my personal participation in this investigation and having read reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

**Controlled Purchase of .47 grams of Fentanyl**

On May 29, 2024, M.J. sent a text message to a detective at the San Diego County Sheriff's Department ("SDSD"). M.J., unaware that she was communicating with an SDSD detective *via* text messaging, agreed to sell to the detective 3 grams of fentanyl.

On May 30, 2024, during a series of text messages with the same aforementioned detective, M.J. offered to sell 1 gram of fentanyl for $60 U.S. dollars. M.J. agreed to meet the detective in the Walmart parking lot, located at 1800 University Drive, Vista, California 92081.

On May 30, 2024, at approximately 8:17 PM, M.J. contacted the detective. Record checks reveal that the phone number M.J. used to contact the detective belongs to Marvin Lee MACE. An undercover agent ("UCA"), answered the detective's phone, and M.J. said they were here, in a "white car".

The UCA approached the passenger's side of a white Infiniti G35 sedan, bearing California license plate 6HYZ698, and recognized the female as M.J. from photographs. The UCA observed a hispanic male who appeared to be in his late 40s, with a greying goatee, in the driver's seat of the same white Infiniti G35 sedan. At a later time, the UCA was shown the Facebook profile picture of Marvin Lee MACE, whom he recognized as the driver of the white Infiniti G35 sedan, bearing California license plate 6HYZ698.

After the UCA approached M.J., he noticed that she had a torch lighter lit as if she was prepared to smoke the fentanyl with the UCA. The UCA told M.J. that he had to leave quickly and asked for the gram. M.J. turned away from the UCA, facing her body towards the center console, and used a folded US dollar to pour the powder into a small baggie. The UCA provided M.J. with $60 US dollars and M.J. handed the "gram" of fentanyl to the UCA.

The white powdery substance in the small baggie tested presumptively positive for fentanyl. The fentanyl had a net weight of .47 grams.

### Controlled Purchase of 2.92 grams of Fentanyl

On June 5, 2024, at approximately 2:00 PM, the SDSD detective was in contact with MACE via text message on MACE's phone. MACE agreed to sell fentanyl to the detective on the evening of June 6, 2024. MACE agreed to sell 3 grams of fentanyl for $150 U.S. dollars. On June 6, 2024, MACE agreed to meet with UCA in the Carl's Jr. parking lot, located at 1790 University Drive, Vista, California 92081.

On June 6, 2024, at approximately 9:10 PM, MACE arrived in the parking lot in his white Infiniti G35 sedan, bearing California license plate 6HYZ698. The UCA approached the driver's side of MACE's vehicle and handed MACE $120 U.S. dollars. MACE questioned the short funds and the UCA provided MACE with the remaining $30 US dollars. MACE handed the UCA a folded piece of foil and they had a short conversation before they each went their separate ways.

The white powdery substance in the foil tested presumptively positive for fentanyl. The fentanyl had a net weight of 2.92 grams.

### Controlled Purchase of 11.36 grams of Fentanyl

On June 12, 2024, the SDSD detective was in contact with MACE via text message on MACE's phone. The detective arranged to purchase ½ ounce of fentanyl for $450 U.S. dollars from MACE. MACE agreed to meet again with the UCA in the Carl's Jr. parking lot, located at 1790 University Drive, Vista, California 92081.

On June 12, 2024, at approximately 9:40 PM, MACE arrived in the parking lot in his vehicle. The UCA approached MACE's vehicle and handed MACE $450 U.S. dollars. MACE counted the money and then handed the UCA a small plastic bag with a zip lock closure. The small plastic bag with a zip lock closure contained a "clumped together" white powdery substance, which tested presumptively positive for fentanyl. The fentanyl had a net weight of 11.36 grams.

### Controlled Purchase of 22.07 grams of Fentanyl

On June 26, 2024, the SDSD detective was in contact with MACE via text message. The detective arranged to purchase one ounce of fentanyl from MACE for $750 U.S. dollars. MACE agreed to meet with the UCA in the Carl's Jr. parking lot located at 1790 University Drive, Vista, CA 92081.

On June 26, 2024, at approximately 9:46PM, MACE sent the detective a text message stating, "Ay yo fuck my bad dude I crashed out. I been up for a couple days and Kayla was calling me too and woke me up." At 10:01PM, MACE sent another text message indicating that he could meet up in Vista at the Santa Fe Market.

On June 26, 2024, at approximately 10:10PM, surveillance agents observed MACE walking down California Ave. A San Diego Sherriff's Department unmarked vehicle with deputies assigned to the Vista Gang Enforcement Team pulled up to MACE and identified themselves as deputy sheriffs. MACE turned around and ran eastbound towards North Santa Fe Ave.

While running away, deputies saw MACE rip a plastic baggie that appeared to contain a white powdery substance. MACE continued to run eastbound, discarding the white powdery substance in front of the Mary Lou Clack Center, located at 125 West California Ave. MACE was ultimately arrested in front of the English Learner and Assessment Center, which is located at 600 North Santa Fe Ave., approximately 150 feet from where SDSO deputies first encountered MACE.

1  Special agents from FAST and deputy sheriffs from the San Diego Sherriff's
2  Department conducted a sweep of the area in which MACE was encountered. They saw
3  several pieces of the white powdery substance that MACE was discarding. The agents
4  proceeded to recover as much of the discarded white powdery substance that was observed
5  along the sidewalk and in the grass in front of the Mary Lou Clack Center.
6  The recovered white powdery substance tested presumptively positive for fentanyl and
7  had a net weight of 22.07 grams.
8  MACE was arrested for violating Title 21, United States Code, Section 841 –
9  Possession of Fentanyl with Intent to Distribute (felony).